# United States Court of Appeals
## For the First Circuit

No. 22-1767

JEAN BAZILE,

Petitioner,

v.

MERRICK B. GARLAND,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**JUDGMENT**

Entered: August 4, 2023

This cause came on to be heard on a petition for review of an order of the Board of Immigration Appeals and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged, and decreed as follows: Relevant to this court's November 23, 2022 order, judicial venue is proper in the First Circuit. The denial of Jean Bazile's Conventional Against Torture protection is supported by substantial evidence, and the petition for judicial review is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:  Gilles R. Bissonnette, SangYeob Kim, William J. Keefe, Oil, Spencer Shucard